IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:14-CV-299-D

| | | |
|---|---|---|
| MARINA PROPERTIES, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRINITY REFERRAL COMPANY, LLC, | ) | |
| BEYOND BEAUTIFUL LIMITED | ) | |
| LIABILITY COMPANY, and | ) | |
| GRACE WONG, | ) | |
| Defendants. | ) | |

Plaintiff's motion to stay the Rule 26(f) conference and discovery in this matter until the Court rules on Plaintiff's Motion to Remand came on to be heard on this date and the Court, being fully advised and informed that Defendants' attorney of record consents to the relief prayed for, is of the opinion that the motion should be granted. Now, therefore, good cause appearing:

IT IS ORDERED that the Rule 26(f) conference and discovery in this matter are stayed until the Court rules on Plaintiff's Motion to Remand.

SO ORDERED, this the **10** day of February, 2015.

JAMES C. DEVER III
Chief United States District Judge