UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Marina Properties LLC )<br>Plaintiff )<br>v. )<br>Trinity Referral Company, LLC, Beyond )<br>Beautiful, LLC, and Grace S. Wong )<br>Defendant. )<br>) | Civil Action No. 7:14-cv-299-D |

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

THIS matter came on before the Court on Plaintiff's Motion to Remand, and having noted that Defendants' consent to such Remand, finds:

1. Defendants are each New Jersey residents who were served with the above captioned matter by certified mail in early December, 2014.

2. On December 29, 2014, Defendant Grace Wong filed a Notice of Removal, as an individual, pro se party.

3. Defendant Grace Wong mistakenly believed that her Notice of Removal effectively asserted that all Defendants consented to the removal. Defendant Grace Wong's belief was based on her layperson's understanding of the law and Plaintiff's own allegations that Defendant Grace Wong controlled co-defendants, Trinity Referral Company, LLC and Beyond Beautiful, LLC.

4. Additionally, New Jersey counsel to Trinity Referral Company, LLC and Beyond Beautiful, LLC sent written requests to the Court to extend time to plead and to retain local counsel.

5. On January 28, 2015, Plaintiff filed a Motion to Remand and supporting brief, arguing that Defendants Trinity Referral Company, LLC and Beyond Beautiful, LLC had

failed to separately, individually and specifically file a Notice of Removal, and as a result, Defendant Grace Wong's attempt to remove the instant action to Federal Court was defective.

7. Shortly after Plaintiff's Motion to Remand, Defendants retained local counsel for purposes of litigating the instant action.

8. Defendants' local counsel, after reviewing Plaintiff's Motion to Remand, agrees that Defendant Grace Wong's attempt to remove the instant action to Federal Court was defective.

9. To avoid wasting this Court's time and precious resources, Defendants agreed that the ends of justice will be promoted by consenting to Plaintiff's Motion to Remand.

IT IS, THEREFORE, ORDERED:

1. The above captioned matter is remanded to New Hanover County Superior Court;

2. The Clerk shall mail a certified copy of this Order to the New Hanover County Clerk of Superior Court; and

3. This Clerk is directed to close this case.

This the **3** day of **March**, 2015.

James C. Dever III
Chief United States District Court Judge